NUMBER 13-06-00418-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


_________________________________________________________


LAWRENCE THOMAS DAUGHTREY, JR., APPELLANT,


v.



THE STATE OF TEXAS, APPELLEE.

_______________________________________________________


On Appeal from the 24th District Court 


of Victoria County, Texas.


_______________________________________________________


MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Rodriguez and Benavides


Memorandum Opiniomn Per Curiam


 Appellant, Lawrence Daughtrey, attempts to appeal a conviction for aggravated
assault. The trial court has certified that "the defendant has waived the right of appeal." 
See Tex. R. App. P. 25.2(a)(2).

 On July 27, 2006, this Court notified appellant's counsel of the trial court's
certification and ordered counsel to: (1) review the record; (2) determine whether appellant
has a right to appeal; and (3) forward to this Court, by letter, counsel's findings as to
whether appellant has a right to appeal, or, alternatively, advise this Court as to the
existence of any amended certification.

 On October 11, 2007, counsel filed a letter brief with this Court. Counsel's response
does not establish (1) that the certification currently on file with this Court is incorrect or (2)
that appellant otherwise has a right to appeal. 

 The Texas Rules of Appellate Procedure provide that an appeal must be dismissed
if the trial court's certification does not show that the defendant has the right of appeal. 
Tex. R. App. P. 25.2(d); see Tex. R. App. P. 37.1, 44.3, 44.4. Accordingly, this appeal is
DISMISSED. Any pending motions in this cause are denied as moot. The companion
appeal, Cause No. 13-06-417-CR, remains pending in this Court.


 PER CURIAM


Do not publish. See Tex. R. App. P. 47.2(b).


Memorandum Opinion delivered 

and filed this the 15th day of November, 2007.